267 U. S. Cases Disposed of Without Consideration by the Court.

missed with costs, on motion of Mr. O. P. Stidger and Mr. J. Hampton Hodge for plaintiffs in error. No appearance for defendant in error.

No. 291. L. H. MYERS ET AL. v. CHARLES H. ANDERSON ET AL., COPARTNERS, ETC., ET AL. On writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit. March 2, 1925. Dismissed with costs, per stipulation of counsel. Mr. George C. Bedell and Mr. I. L. Purcell for petitioners. Mr. Giles J. Patterson for respondents.

No. 485. ATCHISON, TOPEKA & SANTA FE RAILWAY COMPANY v. RICHARD E. COLLINS ET AL., ETC.; and

No. 486. SOUTHERN PACIFIC COMPANY v. RICHARD E. COLLINS ET AL., ETC. Appeals from the District Court of the United States for the Northern District of California. March 2, 1925. Dismissed, per stipulation. Mr. E. W. Camp and Mr. Gardiner Lathrop for appellant in No. 485. No appearance for appellees in No. 485. Messrs. Max C. Sloss, Henley Clifton Booth and William F. Herrin for appellant in No. 486. No appearance for appellees in No. 486.

No. 788. WINCHESTER COOLEY v. C. C. OZMENT, RECEIVER. Error to the District Court of the United States for the District of New Mexico. March 2, 1925. Dismissed with costs, on motion of Mr. E. L. Medler for the plaintiff in error. No appearance for defendant in error.

No. 789. T. M. WINGO v. C. C. OZMENT, RECEIVER. Error to the District Court of the United States for the District of New Mexico. March 2, 1925. Dismissed with costs, on motion of Mr. E. L. Medler for the plaintiff in error. No appearance for defendant in error.

42684°—25——39